IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40550
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT LEE ROBBINS,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:95-CR-107-1
- - - - - - - - - -
February 24, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:*

     The Federal Public Defender appointed to represent Robert
Lee Robbins has filed a brief as required by Anders v.
California, 386 U.S. 738 (1967).  Our independent review of the
brief, Robbins' response, and the record discloses no
nonfrivolous issue.  Accordingly, the Federal Public Defender is
excused from further responsibilities herein and the APPEAL IS
DISMISSED.  See 5th Cir. R. 42.2.

_____

     *  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.